PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: EAST PALESTINE TRAIN DERAILMENT | ) ) ) ) ) ) ) | CASE NO. 4:23CV0242<br><br>JUDGE BENITA Y. PEARSON<br><br><br>**ORDER** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| EDWARD E. BARNHOUSE, *etc.*,<br><br>Plaintiffs,<br><br>v.<br><br>NORFOLK SOUTHERN CORPORATION, *et al.*,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 4:23CV0510<br><br><br>JUDGE BENITA Y. PEARSON<br><br><br><br>**ORDER**<br>[Resolving ECF No. 17] |

    Pending is Attorney Aaron S. Freedman's Motion for Admission *Pro Hac Vice* (ECF No. 17). The motion is accompanied by a Certificate of Good Standing (ECF No. 17-1 at PageID #: 199), a Declaration (ECF No. 17 at PageID #: 197-98) attesting to good standing,[1] and the $120.00 fee (Receipt Number AOHNDC-12012132) as required by LR 83.5(h).

    For good cause shown, the motion is granted. Aaron S. Freedman shall be entered on the docket as representing Plaintiffs.

---

[1] LR 83.5(h) requires an original signature on a declaration. However, an electronic signature is used in the within Declaration. *See* ECF No. 17 at PageID #: 198.

The attorney is reminded of the requirement to register for CM/ECF and to file and receive all documents electronically. *See* LR 5.1(c).

IT IS SO ORDERED.

| | |
|---|---|
|    May 25, 2023    |   */s/ Benita Y. Pearson*   |
| Date | Benita Y. Pearson |
| | United States District Judge |